Ms. Bonnie Alexander - Deputy Clerk                    Feb 14th, 2015
Court of Appeals - Second District of Texas
401 W. Belknap St., Suite 900
Ft. Worth, TX. 76196

RE:   Court of Appeals #: 02-14-00411 CR
       Trial Court Cause #: CR 12645
       Style: Morris Landon Johnson II v. The State of Texas

       Dear Madam,

              I'm writing this letter to confirm the date of
March 24th, 2015 as the due date for my Pro Se response
to the "Anders brief in support of motion to withdraw" filed
by my court-appointed counsel for appeal in the above
numbered cause. Could you please confirm this date is correct?

              Thank you for your time. I look forward to
hearing from you soon.

                                   Sincerely,

                                   Morris Landon Johnson II
                                   TDC # 1877943
                                   Coffield Unit
                                   2661 F.M. 2054
                                   Tennessee Colony, TX. 75884

RECEIVED

FEB 2 5 2015

COURT OF APPEALS
SECOND DISTRICT OF TEXAS
DEBRA SPISAK, CLERK